**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TONY MCCOY, et al., *Plaintiffs*, v. SAMSUNG ELECTRONICS AMERICA, INC., *Defendant*. | Civil Action No. 21-19470 **ORDER** December 29, 2025 |

**SEMPER**, District Judge.

**THIS MATTER** having come before this Court upon Defendant Samsung Electronics America, Inc.'s ("Defendant") renewed motion to dismiss (ECF 60) Plaintiffs' Fourth Amended Complaint (ECF 58, "FAC"), and this Court, having considered the submissions of the parties and reached its decision without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1, for the reasons stated in this Court's Opinion dated December 29, 2025,

**IT IS**, on this 29th day of December 2025,

**ORDERED** that Defendants' motion to dismiss (ECF 60) is **GRANTED** in part and **DENIED** in part; and it is

**ORDERED** that Counts I and II of the FAC are **DISMISSED** with prejudice, and Count III is **DISMISSED** without prejudice as it relates to Plaintiff's multi-state unjust enrichment claim, allowing Plaintiff's claims under New York, Missouri, and Oklahoma, to survive; and it is

**ORDERED** that Plaintiff may file an amended complaint that is consistent with the Court's Opinion within thirty (30) days of this Order.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig: Clerk
cc: Andre M. Espinosa, U.S.M.J.
Parties