UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TONY MCCOY, FRANCIS WOOD, and LAUREN PECK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 2:21-cv-19470 (JKS)(JSA)<br><br>**STIPULATION AND ORDER TO SET SCHEDULE FOR FILING OF FIFTH AMENDED COMPLAINT AND RESPONSE TO SAME** |

**WHEREAS,** on December 29, 2025, the Court entered an Opinion and Order (Dkt. 65, 66) on Samsung Electronics America, Inc.'s ("SEA") motion to dismiss Plaintiffs' fourth amended complaint ("MTD");

**WHEREAS,** the Court granted the MTD except as to Plaintiffs' unjust enrichment claims under New York, Missouri and Oklahoma law (Dkt. 65, 66);

**WHEREAS,** the Court ordered that Plaintiffs may file a fifth amended complaint consistent with the Court's Opinion by January 28, 2026 (Dkt. 66);

**WHEREAS,** the parties met and conferred, and SEA understands that Plaintiffs are considering filing a fifth amended complaint ("5AC") but are still evaluating their options;

**WHEREAS**, to promote efficiency and allow SEA to respond to an operative pleading, the parties have agreed that SEA need not answer the partially

1

dismissed fourth amended complaint at this time, pending a potential 5AC;

**WHEREAS**, the parties also agreed to a schedule for Plaintiffs to file any 5AC and for SEA to respond;

**WHEREAS,** there is good cause to grant this stipulation because it will preserve litigant resources, promote pleading clarity, and promote an orderly pleading procedure;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, and subject to approval by the Court, that:

1. If Plaintiffs wish to file the 5AC, they shall do so by January 28, 2026, and SEA shall have until February 27, 2026, to answer or move against the 5AC. In the event SEA moves against the 5AC, Plaintiffs' deadline to oppose any motion in lieu of answer shall be March 27, 2026, and SEA's deadline to file a reply in further support of any such motion shall be April 17, 2026.

2. If Plaintiffs do not timely file the 5AC, then SEA shall file an answer to the partially dismissed fourth amended complaint by February 20, 2026.

**IT IS SO STIPULATED** this January 7, 2026, through counsel of record.

| | |
|---|---|
| **KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.** | **GREENBERG TRAURIG, LLP** |
| *s/ Gary S. Graifman* | *s/ David Jay* |
| Gary S. Graifman | David Jay |
| 135 Chestnut Ridge Road | 500 Campus Drive, Suite 400 |

| | |
|---|---|
| Montvale, New Jersey 07645 | Florham Park, NJ 07932 |
| -and- | -and- |
| Nicholas A. Migliaccio<br>Jason S. Rathod<br>MIGLIACCIO & RATHOD LLP<br>412 H Street N.E., Ste. 302<br>Washington, DC 20002 | Robert Herrington<br>(*pro hac vice* application to follow)<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Samsung Electronics America, Inc.* |

**PURSUANT TO STIPULATION, IT SO ORDERED**

s/Jessica S. Allen
HON. JESSICA S. ALLEN
UNITED STATES MAGISTRATE JUDGE

Dated: January 8, 2026