**GT** GreenbergTraurig

**David Jay**
Tel 973.360.7912
Fax 973.301.8410
jayd@gtlaw.com

February 10, 2026

**VIA ECF**

The Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK4A
Newark, NJ 07101

> Re:   *McCoy v. Samsung Electronics America, Inc*.
> **Case No. 2:21-cv-19470 (JKS) (JSA)**

Dear Judge Allen:

Defendant Samsung Electronics America, Inc. writes jointly with Plaintiffs to notify the Court that this action has been resolved. Enclosed on behalf of all parties is a proposed 60-day order administratively terminating the action. If the proposed order is acceptable, the parties respectfully request that it be signed and entered on the docket. The parties also respectfully request that the upcoming February 17, 2026 Initial Scheduling Conference (ECF No. 67) be vacated because it is no longer necessary.

The parties thank the Court for its assistance in this matter and are available to discuss should the Court have any questions.

Respectfully submitted,

*In light of the foregoing, **the 2/17/2026 Initial Scheduling Conference is canceled.**

**So Ordered.**

**s/ Jessica S. Allen**
**Hon. Jessica S. Allen, U.S.M.J.**

**Date: 2/11/2026**

/s/ *David Jay*
David Jay
*Counsel for Defendant*

/s/ *Gary S. Graifman*
Gary S. Graifman
*Counsel for Plaintiffs*